**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Central States Logistics, Inc. d/b/a Diligent Delivery Systems v. BOC Trucking, LLC and Clarence J. Meyes, III individually and d/b/a BOC Logistics

Appellate case number: 01-16-00693-CV

Trial court case number: 2014-28384

Trial court: 281st District Court of Harris County

The Clerk of this Court's January 4, 2018 Notice of Intent to Reinstate notified the parties that, because the bankruptcy petition of appellee, BOC Trucking, LLC, had been dismissed, unless any party filed a motion to reinstate or a response why this case should not be reinstated within thirty days of that notice, this Court may reinstate this appeal and proceed with setting it for submission. No timely response was filed.

Accordingly, the Court directs the Clerk of this Court to **reinstate** this appeal as an active case on the Court's docket and to mark this case as ready to be set. *See* TEX. R. APP. P. 8.3(a). The Clerk of this Court will notify the parties at a later date when this case has been set for submission. *See id.* 39.8.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
☑ Acting individually ☐ Acting for the Court

Date: February 27, 2018